UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANUJ ANUJ,

          Petitioner,

    v.

JOHN DOE, Warden, et al.,

          Respondents.

Case No. 5:26-cv-00789-AH-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation ("R&R") of the U.S. Magistrate Judge (Dkt. 9).  No objections to the R&R were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1.    Grounds Two and Three of the Petition are **granted**.

2.    Respondents shall hold a bond hearing before an immigration judge within **seven (7) days** of this order.

3.    Within **three (3) days** of the bond hearing, the parties shall file a joint

status report which states: (a) whether Petitioner has been released from custody, and (b) whether the parties believe that the bond hearing has mooted Ground One of the Petition.[1]

4.      The case is referred back to the Magistrate Judge to consider any further preliminary matters and/or prepare an R&R regarding the disposition of Ground One of the Petition.

DATED:  MARCH 6, 2026

_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE

---

[1] If any deadline in this order falls on a weekend or Court holiday, the deadline shall be automatically continued to the following business day.

2