Scott A. Emerick
Bolour / Carl Immigration Group, APC
5169 W. Washington Blvd.
Los Angeles, CA 90016
(323) 491-4046
scott@americanvisas.net

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANUJ ANUJ,

       Plaintiff,

       v.

JOHN DOE, *et al*,

       Defendants.

No. 5:26-cv-00789-AH-KES

**[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO EXTEND BRIEFING DEADLINE FOR PETITIONER TO APRIL 13, 2026 AND RESPONDENTS' FOR 14 DAYS FOLLOWING**

The Honorable Karen E. Scott
United States Magistrate Judge

Having read and considered the Joint Stipulation To Extend Briefing Deadline for Petitioner to April 13, 2026 and Respondents' for 14 Days Following, submitted by the parties, and finding good cause therefor,

///

///

///

IT IS HEREBY ORDERED that Petitioner's deadline to file his supplemental brief is extended to April 13, 2026, and the Respondents to 14 days following the submission.

DATED: 4/9/2026

_____
The Honorable Karen E. Scott
United States Magistrate Judge