# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANUJ ANUJ,

        Petitioner,

    v.

JOHN DOE, Warden, et al.

        Respondents.

Case No. 5:26-cv-00789-AH-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 26).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Judgment shall be entered granting the Petition.

2. Respondents shall **immediately release** Anuj Anuj (A# 240-624-211) from custody.

3. If Respondents have not released Petitioner within three days of the

date of the Order Accepting the R&R, Petitioner may file a request for an order to show cause re contempt.

4.    Respondents shall not re-detain Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that there has been a material change in circumstances justifying Petitioner's re-detention.

DATED:  June 2, 2026

_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE

2