JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANUJ ANUJ,

     Petitioner,

v.

JOHN DOE, Warden, et al.,

     Respondents.

Case No. 5:26-cv-00789-AH-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is granted.

DATED: June 2, 2026

_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE